FILED

2019 JUL 15  AM 10: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: LAW

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  PLAINTIFF(S)  v.  Daniel Ishiekwene  DEFENDANT(S). | CASE NUMBER: SA19-556M  **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: ☒ Internal Revenue Service Criminal Investigation
in the __Southern__ District of __Texas__ on __7/12/19__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __4/11/2016__
in violation of Title __18__ U.S.C., Section(s) __1029(a)(3)__
to wit: __Possession of Fifteen or More Unauthorized Access Devices__

A warrant for defendant's arrest was issued by: __Christina A. Bryan, US Magistrate Judge__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __7-15-19__, by

__Lori Wager__, Deputy Clerk.

_[Signature]_
Signature of Agent

__Amber Wiseman__
Print Name of Agent

__IRS - CI__
Agency

__Special Agent__
Title